# Law Offices of Nicholas J. Palma, Esq.

A Professional Corporation
Phone: 973-471-1121 / Facsimile: 973-472-0032
www.PalmaLawFirm.com

*Nicholas J. Palma, Esq.*                                                                 *Valerie Palma DeLuisi, Esq.*
NicholasPalma@PalmaLawFirm.com                                  VPD@PalmaLawFirm.com
Member New Jersey Bar, New York Bar                              Member New Jersey Bar, New York Bar

---

*Kiana Bracciodieta, Esq.*
KianaBracciodieta@PalmaLawFirm.com
Member New Jersey Bar

Hon. James B. Clark,
United States Magistrate Judge for the District of New Jersey
50 Walnut St.
Newark, NJ 07102

Re: Montgomery v. City of Paterson et al

Dear Judge Clark:

I represent Officer Kyle Wanamaker in the above matter.

As requested, I have reached out to my client regarding any potential prosecutions that concern him.

As per my client, there are no current prosecutions concerning him.

Thank you,

Very truly yours,

/s/ Nicholas J. Palma, Esq., Esq.

PALMA LAW FIRM

NJP/md