**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
50 WALNUT ST., ROOM 2060
NEWARK, NJ 07102

June 12, 2023

**LETTER ORDER**

Re:   **Montgomery v. City of Paterson, et al.**
      **Civil Action No. 19-19728 (JMV)**

Dear Counsel:

The Court is in receipt of the parties' joint letter dated June 8, 2023 [Dkt. No. 104] and orders the following:

1. The telephone status conference scheduled with the parties on **August 15, 2023 at 10:00 AM** will instead commence **at 2:00 PM** and is hereby converted to a settlement videoconference. All counsel and clients with full settlement authority shall participate in the conference. By no later than **August 9, 2023**, the parties are to submit separate confidential *ex parte* settlement position papers **not to exceed five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email (**JBC_orders@njd.uscourts.gov**).

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　   s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**